IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14CR00057-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARK TAYLOR TREANOR, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order to Release Property:

IT IS ORDERED that the Wilmington Police Department turn over funds recovered from Mark Taylor Treanor, in the amount of $5,876.00, to First Citizens Bank. Defendant was given credit for this amount at sentencing, and therefore the current balance owed by Defendant for restitution shall not be affected by this Order.

SO ORDERED, this 12 day of July, 2016.

Terrence Boyle
United States District Judge